1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, an individual; | ) Case No. 2:12-cv-02431-MCE (GGH) |
| Plaintiff, | ) |
| | ) **Civil Rights** |
| v. | ) |
| | ) **ORDER RE: STIPULATION TO AMEND PLAINTIFF'S COMPLAINT** |
| ELK GROVE UNIFIED SCHOOL DISTRICT; SACRAMENTO WORKS, INC.; SACRAMENTO EMPLOYMENT & TRANING AGENCY ("SETA") and DOES 1 through 10, inclusive., | ) Fed. R. Civ. P. 15(a)(2) |
| Defendants. | ) |

PURSUANT TO THE STIPULATION of the parties, Fed. R. Civ. P. 15(a)(2), and finding good cause therefore, this Court HEREBY ORDERS that Plaintiff CONNIE ARNOLD is granted permission to file the First Amended Complaint that was attached as Exhibit A to the Stipulation to Amend Plaintiff's Complaint, filed on September 25, 2012.

///

///

ORDER

The stipulation of the parties is granted and on the Court's own motion, the Defendant's November 29, 2012 Motion to Dismiss (ECF No. 13) is vacated.

IT IS SO ORDERED.

Dated: November 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE