# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, an individual; | Case No.: 2:12-cv-02431-MCE (GGH) |
| Plaintiff, | *(Assigned to Hon. Morrison C. England, Jr., Ctrm. 7)* |
| vs. | **Civil Rights** |
| ELK GROVE UNIFIED SCHOOL DISTRICT; SACRAMENTO WORKS, INC.; SACRAMENTO EMPLOYMENT & TRANING AGENCY ("SETA") and DOES 1 through 10, inclusive., | **ORDER CONTINUING DATE FOR FILING JOINT STATUS REPORT** |
| | Fed. R. Civ. P. 16 |
| Defendants. | |

PURSUANT TO THE STIPULATION of the parties, and finding good cause therefore, this Court HEREBY ORDERS that the ORDER REQUIRING JOINT STATUS REPORT is hereby amended to continue the date for filing the Joint Status Report from December 5, 2012 to January 25, 2013. The Parties will file their Joint Status Report no later than January 25, 2012.

Dated: December 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE