1  RALPH W. ROBINSON (SBN 51436)
   ralph.robinson@wilsonelser.com
2  GRACE R. NEISINGH (SBN 276128)
   grace.neisingh@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Telephone:  (415) 433-0990
   Facsimile:  (415) 434-1370
6
   Attorneys for Defendants Sacramento Works, Inc.,
7  and Sacramento Employment & Training Agency

8
   PATRICIA BARBOSA (SBN 125865)
9  **BARBOSA GROUP**
   20472 Alisa Lane
10 Huntington Beach, California  92646
   Telephone:  (714) 465-9486
11 PBarbosa@barbosagrp.com

12 Attorney for Plaintiff Connie Arnold

13
                    **UNITED STATES DISTRICT COURT**
14
                    **EASTERN DISTRICT OF CALIFORNIA**
15

16 CONNIE ARNOLD, an individual;        )  Case No.:  2:12-cv-02431-MCE-GGH
                                        )
17              Plaintiff,              )  **STIPULATION AND ORDER FOR**
           vs.                          )  **DISMISSAL OF SACRAMENTO**
18                                      )  **WORKS, INC. WITHOUT PREJUDICE**
   ELK GROVE UNIFIED SCHOOL            )
19 DISTRICT; SACRAMENTO WORKS, INC.;   )
   SACRAMENTO EMPLOYMENT &             )
20 TRAINING AGENCY ("SETA") and        )
   DOES 1 - 10, inclusive              )
21                                      )
                Defendants.            )
22 ─────────────────────────────────── )

23

24        In connection with the above-captioned action, and pursuant to Federal Rule of Civil

25 Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between Plaintiff CONNIE

26 ARNOLD and Defendants SACRAMENTO WORKS, INC. that:

27        (1)  Defendants Sacramento Works, Inc shall be dismissed without prejudice as a

28                                          1
   ───────────────────────────────────────────────────────────────
   **Error! Unknown document property name.**

1    defendant in this action;

2          (2) As of the filing of this stipulation, Defendant Sacramento Works, Inc. was served

3    with the first amended complaint and on or about November 27, 2012. The parties stipulated to

4    extend the time to answer by not more than 28 days. The deadline to answer is January 15, 2013.

5    Defendant Sacramento Works, Inc. has not filed an answer or any motion pursuant to Rule 12 or

6    Rule 56 in this action;

7          (3) The caption of this action shall be modified accordingly.

8

9    Dated:  January 11, 2013                 WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                              DICKER LLP
10
                                                _/s/_____
11                                            RALPH W. ROBINSON
                                              GRACE R. NEISINGH
12                                            Attorneys for Defendants Sacramento Works, Inc.,
                                              and Sacramento Employment & Training Agency
13

14
     Dated:  January 11, 2013                 BARBOSA GROUP
15
                                                _/s/_____
16                                            PATRICIA BARBOSA (as authorized January 22,
                                              2013)
17                                            Attorney for Plaintiff Connie Arnold

18

19          **IT IS SO ORDERED**

20

21   Dated:  January 22, 2013

22                                            _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
23                                            UNITED STATES DISTRICT COURT

24

25

26

27

28
────────────────────────────────────────────────────────
STIPULATION AND ORDER FOR DISMISSAL OF SACRAMENTO WORKS, INC. AND SACRAMENTO
EMPLOYMENT & TRAINING AGENCY WITHOUT PREJUDICE
Case No.:  2:12-cv-02431-MCE-GGH
**Error! Unknown document property name.**