1  RALPH W. ROBINSON (SBN 51436)
   ralph.robinson@wilsonelser.com
2  GRACE R. NEISINGH (SBN 276128)
   grace.neisingh@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Telephone:  (415) 433-0990
   Facsimile:  (415) 434-1370
6
   Attorneys for Defendants Sacramento Works, Inc.,
7  and Sacramento Employment & Training Agency
8
   PATRICIA BARBOSA (SBN 125865)
9  **BARBOSA GROUP**
   20472 Alisa Lane
10 Huntington Beach, California  92646
   Telephone:  (714) 465-9486
11 PBarbosa@barbosagrp.com
12 Attorney for Plaintiff Connie Arnold
13
                    **UNITED STATES DISTRICT COURT**
14
                    **EASTERN DISTRICT OF CALIFORNIA**
15

16 | CONNIE ARNOLD, an individual; | ) | Case No.:  2:12-cv-02431-MCE-GGH |
   |---|---|---|
17 | Plaintiff, | ) | **STIPULATION AND ORDER FOR** |
   | vs. | ) | **DISMISSAL OF SACRAMENTO** |
18 |  | ) | **WORKS, INC. WITHOUT PREJUDICE** |
   | ELK GROVE UNIFIED SCHOOL | ) |  |
19 | DISTRICT; SACRAMENTO WORKS, INC.; | ) |  |
   | SACRAMENTO EMPLOYMENT & | ) |  |
20 | TRAINING AGENCY ("SETA") and | ) |  |
   | DOES 1 - 10, inclusive | ) |  |
21 |  | ) |  |
   | Defendants. | ) |  |
22

23

24     In connection with the above-captioned action, and pursuant to Federal Rule of Civil

25 Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between Plaintiff CONNIE

26 ARNOLD and Defendants SACRAMENTO WORKS, INC. that:

27     (1) Defendants Sacramento Works, Inc shall be dismissed without prejudice as a

28
                                              1
STIPULATION AND ORDER FOR DISMISSAL OF SACRAMENTO WORKS, INC. AND SACRAMENTO
                EMPLOYMENT & TRAINING AGENCY WITHOUT PREJUDICE
                        Case No.:  2:12-cv-02431-MCE-GGH
**Error! Unknown document property name.**

1  defendant in this action;

2  (2) As of the filing of this stipulation, Defendant Sacramento Works, Inc. was served
3  with the first amended complaint and on or about November 27, 2012. The parties stipulated to
4  extend the time to answer by not more than 28 days. The deadline to answer is January 15, 2013.
5  Defendant Sacramento Works, Inc. has not filed an answer or any motion pursuant to Rule 12 or
6  Rule 56 in this action;

7  (3) The caption of this action shall be modified accordingly.

Dated: January 11, 2013      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/
RALPH W. ROBINSON
GRACE R. NEISINGH
Attorneys for Defendants Sacramento Works, Inc., and Sacramento Employment & Training Agency

Dated: January 11, 2013      BARBOSA GROUP

/s/
PATRICIA BARBOSA (as authorized January 22, 2013)
Attorney for Plaintiff Connie Arnold

**IT IS SO ORDERED**

Dated: January 22, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT