1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE ARNOLD | ) Case No.: 2:12-CV-02431-MCE-KJN |
| | ) |
| Plaintiff, | ) <u>**Civil Rights**</u> |
| | ) |
| vs. | ) |
| | ) **ORDER RE: STIPULATION TO** |
| ELK GROVE UNIFIED SCHOOL | ) **DISMISS PLAINTIFF'S ACTION** |
| DISTRICT; SACRAMENTO WORKS, | ) **AGAINST DEFENDANTS ELK** |
| INC.; SACRAMENTO EMPLOYMENT | ) **GROVE UNIFIED SCHOOL** |
| & TRAINING AGENCY ("SETA"); and | ) **DISTRICT AND SACRAMENTO** |
| DOES 1 through 10, inclusive, | ) **EMPLOYMENT & TRAINING** |
| | ) **AGENCY** |
| Defendants. | ) |
| | ) |

Pursuant to the Stipulation by Plaintiff CONNIE ARNOLD and Defendants ELK GROVE UNIFIED SCHOOL DISTRICT and SACRAMENTO EMPLOYMENT & TRAINING AGENCY, the above-captioned action as against Defendants ELK GROVE UNIFIED SCHOOL DISTRICT and SACRAMENTO EMPLOYMENT & TRAINING AGENCY is hereby dismissed with prejudice, subject to this Court's retention of jurisdiction to enforce provisions of the Settlement Agreement for Injunctive Relief, attached as **Exhibit 1** to the Parties' Stipulation.

**IT IS SO ORDERED.**

**Dated:  November 5, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT